LAW OFFICES
OF
EDWARD J. TROY
888 East Jericho Turnpike
P.O. Box 267
Huntington Station, NY 11746
Telephone: (631) 239-6817

Direct Dial: (631) 239-6817
edwardtroy@optonline.net

May 14, 2026

via ECF
Hon. Joan Azrack
United States District Court
100 Federal Plaza
Central Islip, New York 11722

Re: Duchnowski v. Anthony LaRusso et al.
24 CV 3433 (JMA) (SIL)

Dear Judge Azrack:

We represent the defendant, Donna Henig MD in this case. I am writing in response to plaintiff's objection (DK 68) to the report and recommendation of Magistrate Steven Locke, dated April 24, 2026, which recommended a dismissal of this case pursuant to FRCP 41(b).

I wish to bring to this Court's attention the following information concerning the plaintiff's failure to prosecute:

1. The plaintiff has failed to respond to defendant's interrogatories and document demands, which were served October 30,2024. They were subsequently mailed to plaintiff on a number of occasions, and served upon him at the last conference.

2. The prior orders regarding scheduled conferences were not only mailed to plaintiff at his residence, but were emailed to his e-mail address.

3. That plaintiff previously filed an Article 78 proceeding against my client in the Supreme Court for Nassau County which he failed to prosecute (*Duchnowski v. Henig*, Index # 0599/2021).

I have provided this information for the Court in considering a dismissal of this action.

Respectfully yours,

Alexander V. Sansone

cc Leo Duchnowski pro se (mail and email)
1 Eldridge Place
Glen Cove, New York 11542

Nicholas Zotto, Esq. via ECF